**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**MARK BROWN** *et al.*                                                                          **PLAINTIFFS**

**v.**                                        **CASE NO. 3:21-CV-00129-BSM**

**PHOENIX RESCUE EQUIPMENT, INC.**                                        **DEFENDANT**

**ORDER**

Defendant's motion for extension of time to complete discovery [Doc. No. 16] is granted.  Defendant may depose plaintiffs' expert witness, J. Kenneth Blundell, and lay witnesses, Joe Tarantino, Aaron Winebaugh, and Adam McPherson.

IT IS SO ORDERED this 8th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE