# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARK BROWN,** *et al*                                                                                       **PLAINTIFF**

**VS.**                              **CASE NO. 3:21-CV-00129-BSM**

**PHOENIX RESCUE EQUIPMENT,** *et al*                                                     **DEFENDANT**

## ORDER

The parties are scheduled for a settlement conference before the undersigned on Wednesday March 8, 2023. Pursuant to General Order 54,[1] counsel for both parties and their clients will be allowed to bring electronic devices, including cell phones, laptop computers or PDA type devices into the courthouse on March 8, 2023.

Counsel and clients who bring electronic devices to the settlement conference should bring with them a copy of this Order to present to Court Security Officers upon entry into the building.

IT IS SO ORDERED this 18th day of January, 2023.

_____
Edie R. Ervin
United States Magistrate Judge

---

[1] Counsel are directed to ensure that their clients are familiar with General Order 54's requirements, including that they may not record, photograph, or film anyone or anything inside the courthouse.