UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARK BROWN, *et al.*                                                                       PLAINTIFF(S)

V.                              CASE NO. 3:21-CV-00129 BSM-ERE

PHOENIX RESCUE EQUIPMENT, *et al.*                                              DEFENDANT(S)

ORDER

The parties are scheduled for a settlement conference before Judge Edie R. Ervin on Wednesday, March 8, 2023. Pursuant to General Order, 54 counsel for both parties and their clients will be allowed to bring electronic devices including cell phones, laptop computers or PDA type devices into the Courthouse. The parties are advised to bring a copy of this Order to the Courthouse to present to the Court Security Officers upon entry into the building.

IT IS SO ORDERED this 7th day of March, 2023.

_____
Edie R. Ervin, U.S. Magistrate Judge