IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARK BROWN,** *et al.*  PLAINTIFFS

v.  CASE NO. 3:21-CV-00129-BSM

**PHOENIX RESCUE EQUIPMENT INC**  DEFENDANT

## ORDER

The parties reached a settlement today at the conference held by Magistrate Judge Edie R. Ervin. *See* Doc. No. 32. The clerk is therefore directed to terminate the trial date, and the parties are directed to file their joint stipulation of dismissal within ten days.

IT IS SO ORDERED this 8th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE