IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARK BROWN,** *et al.*                                                                 **PLAINTIFFS**

**v.**                          **CASE NO. 3:21-CV-00129-BSM**

**PHOENIX RESCUE EQUIPMENT INC**                                        **DEFENDANT**

### ORDER

The parties' joint motion to dismiss [Doc. No. 34] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE